UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ONE 2001 TOYOTA SEQUOIA, BEARING<br>VEHICLE IDENTIFICATION NUMBER<br>5TDBT48A31S055061, and<br>MASSACHUSETTS REGISTRATION NUMBER<br>7655YI, and ONE 2003 LEXUS SC430,<br>VEHICLE IDENTIFICATION NUMBER<br>JTHFN48Y130045173, and<br>MASSACHUSETTS REGISTRATION NUMBER<br>42MS06,<br>Defendants. | )<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WARRANT AND MONITION

To:   The United States Bureau of Customs and Border
      Protection

We Command You that you give notice to all persons concerned

that a Verified Complaint for Forfeiture In Rem (the

"Complaint"), a copy of which is attached hereto, has been filed

by the United States of America against the defendant vehicles,

more particularly described as one 2001 Toyota Sequoia, Vehicle

Identification Number 5TDBT48A31S055061, and Massachusetts

Registration Number 7655YI, registered in the name of Erick

Donis, and one 2003 Lexus SC430, Vehicle Identification Number

JTHFN48Y130045173, and Massachusetts Registration Number 42MS06,

registered to Toyota Motor Credit Corporation, and leased to

Erick Donis (the "Defendant Vehicles").

This Court has found probable cause for forfeiture.

Accordingly, you are hereby directed to serve, and give

notice of, the Complaint by:

(1)    Publishing notice of the United States' intent to forfeit the Defendant Vehicle at least once for three (3) successive weeks in the <u>Boston</u> <u>Herald</u> or any other newspaper having a general circulation in this District; and

(2)    Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

Toyota Motor Credit Corporation
Lexus Financial Services
500 Red brook Boulevard
Owings Mills, MD   21117

Gerry D'Ambrosio, Esquire
as Counsel for Erick Donis
D'Ambrosio Law Offices
14 Proctor Avenue
Revere, MA   02151

Jenny Jazmin Saenz
15 Abruzzi Street
Revere, MA   02115

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the listed parties by hand.

You Are Further Commanded to arrest, attach, inspect and retain the Defendant Vehicles in your custody until further order of this Court.

You Are Further Commanded to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest in the Defendant Vehicles, or assert that the Defendant Vehicles should not be condemned or disposed of pursuant to the prayer of the Complaint. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

2

ALL CLAIMS TO THE DEFENDANT VEHICLES MUST BE FILED WITH THE

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET

FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON,

MASSACHUSETTS 02210, WITHIN THIRTY (30) DAYS AFTER PROCESS HAS

BEEN EXECUTED OR WITHIN SUCH ADDITIONAL TIME AS MAY BE ALLOWED BY

THIS COURT.   ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET

FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON,

MASSACHUSETTS 02210, WITHIN TWENTY (20) DAYS AFTER THE FILING OF

THE CLAIM.   CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL

RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR CERTAIN

ADMIRALTY AND MARITIME CLAIMS.   THE PROCEDURES FOR FILING A

PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 C.F.R.

PART 9.

Tony Anastas, Clerk
U.S. District Court

By: _____
Deputy Clerk
Date: 9/29/04, 2004

APPROVED AND SO ORDERED:

_____
United States District Judge
Date: _September 27_, 2004

3