UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br><br>     v.<br><br>ONE 2001 TOYOTA SEQUOIA, BEARING VEHICLE IDENTIFICATION NUMBER 5TDBT48A31S055061, and MASSACHUSETTS REGISTRATION NUMBER 7655YI, and ONE 2003 LEXUS SC430, VEHICLE IDENTIFICATION NUMBER JTHFN48Y130045173, and MASSACHUSETTS REGISTRATION NUMBER 42MS06,<br>     Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 04-12024-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT IN SUPPORT OF MOTION
FOR ENTRY OF DEFAULT**

I, Shelbey D. Wright, state under oath as follows:

1.  I am an Assistant United States Attorney. I represent the plaintiff, the United States of America, in this case. This is an action in rem for forfeiture of the defendant vehicles, described as one 2001 Toyota Sequoia, Vehicle Identification Number 5TDBT48A31S055061, and Massachusetts Registration Number 7655YI, registered in the name of Erick Donis, and one 2003 Lexus SC430, Vehicle Identification Number JTHFN48Y130045173, and Massachusetts Registration Number 42MS06, registered to Toyota Motor Credit Corporation, and leased to Erick Donis (the "Defendant Vehicles"). Accordingly, this action is governed by the procedures set forth in the Federal Rules of Civil Procedure and in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

2. The Defendant Vehicles are subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 881(a)(7), as it constitutes property that was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of the Controlled Substances Act.

3. The Complaint for Forfeiture in Rem was filed on or about September 20, 2004.

4. This Court issued a Warrant and Monition on or about September 27, 2004, directing the United States Customs and Border Protection, Department of Homeland Security, to give notice to all persons concerned that a Complaint in Rem had been filed.

5. Publication of the Complaint and Monition was made in the Boston Herald newspaper on November 8, 2004, November 15, 2004, and November 22, 2004. A copy of the process receipt and return for publication, executed by United States Customs and Border Protection, is attached as Exhibit A.

6. Erick Donis was served with a certified copy of the Complaint and Monition via his attorney, Gerry D'Ambrosio, Esquire, D'Ambrosio Law Offices, 14 Proctor Avenue, Revere, Massachusetts 02151. A copy of the receipt and return for service is attached as Exhibit B. Erick Donis did not file either a verified claim or answer to the Complaint.

7. Jenny Jazmin Saenz was served with a certified copy of the Complaint and Monition at her residential address, 15 Abruzzi Street, Revere, Massachusetts 02151. A copy of the receipt and

return for service is attached as <u>Exhibit C</u>. Jenny Jazmin Saenz did not file either a verified claim or answer to the Complaint.

8. Under Supplemental Rule (C)(6), any person asserting an interest in the Defendant Vehicles is required to file a claim within thirty (30) days after process has been executed and an answer within twenty (20) days after the filing of the claim.

9. To date, no claims to the Defendant Vehicles or answers to the Complaint have been filed and the time for filing such claims and answers has expired.

10. To the best of my knowledge, and upon information and belief, neither Erick Donis, Jenny Jazmin Saenz, nor anyone else with an interest in the Defendant Vehicles is in the military service of the United States, is an infant, or is incompetent.[1]

Signed under the pains and penalties of perjury this 23rd day of December, 2004.

_____
Shelbey D. Wright
Assistant U.S. Attorney

---

[1] In order to determine Erick Donis' and Jenny Jazmin Saenz's military status, the United States searched the Department of Defense Manpower Data Center using Erick Donis' and Jenny Jazmin Saenz's name and Social Security Number.



# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 04-12024-RGS |
|---|---|
| DEFENDANT<br>2001 Toyota Sequoia, et al., | TYPE OF PROCESS<br>Complaint and Warrant & Monition |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>PUBLICATION |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.) Libel - SL

Please publish the attached Notice of ~~Order of Forfeiture~~ at least once for three (3) successive weeks in the Boston Herald or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Preliminary Order of Forfeiture and applicable law.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of *Shelbey D. Wright* | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Oct 8, 2004 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service [ ] AM [ ] PM |
| | Please see Remarks below | |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs & Border Protection | 12/17/2004 |

**REMARKS:**
Notice was published as directed above. Notice was published in the Boston Herald on November 8, 15 and 22, 2004. Copy of publisher's certificate attached.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE

**GOVERNMENT EXHIBIT A**

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts } ss.
County of Suffolk

On this ___2nd___ day of __December__ A.D. 20 _04_ personally appeared before the undersigned, a Notary Public, within and for the said county, _Madeleine M Sheehan_

of the _Boston Herald_ a newspaper published by Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of Massachusetts, and who being duly sworn, states on oath that the

_Civil Case No 04-12024-RGS_ advertisement was published in said newspaper in its issues of

_Nov 8, 15, 22_ A.D. 20 _04_

_Madeleine M Sheehan_

Subscribed and sworn to before me this ___2nd___ day of __December__ A.D. 20 _04_

_Valerie Delano_
Notary Public





VALERIE MARIE DELANO
Notary Public
Commonwealth of Massachusetts
My Commission Expires Mar 24, 2011



# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CA No. 04-12024-RGS |
|---|---|
| DEFENDANT<br>**2001 Toyota Sequoia, et al.,** | TYPE OF PROCESS<br>**Complaint and Warrant & Monition** |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>Gerry D'Ambrosio, Esquire |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>D'Ambrosio Law Offices, 14 Proctor Avenue, Revere, MA 02151 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

*Complaint and Warrant + Monition - SL*

Please serve the attached Preliminary Order of Forfeiture upon the above-named Individual by certified mail, return receipt requested.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff [ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Oct 8, 2004 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>Please see Remarks below | Time of Service [ ] AM [ ] PM |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs & Border Protection | 12/17/2004 |

**REMARKS:**

Notice was served as directed above. Copy of Postal receipt #7001 2510 0003 4300 2871, showing delivery on Nov. 10, 2004, is attached.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE

**GOVERNMENT EXHIBIT**
B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _G. aSi_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| Case No. 12024-RGS | |
| 1. Article Addressed to:<br><br>Gerry D'Ambrosio, Esq.<br>D'Ambrosio Law Offices<br>14 Proctor Avenue<br>Revere, MA 02151 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer):   7001 2510 0003 4300 2871 | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-0381



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7001 2510 0003 4300 2871

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — NOV 08 2004 — USPS JOHN F. KENNEDY STA BOSTON

Sent To: Gerry D'Ambrosio, Esquire
Street, Apt. No.; or PO Box No.: D'Ambrosio Law Offices
City, State, ZIP+4: 14 Proctor Avenue
Revere, MA 02151

PS Form 3800, January 2001    See Reverse for Instructions



## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 04-12024-RGS |
|---|---|
| DEFENDANT<br>2001 Toyota Sequoia, et al., | TYPE OF PROCESS<br>**Complaint and Warrant & Monition** |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>Jenny Jazmin Saenz |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>15 Abruzzi Street, Revere, MA 02115 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

*Complaint And Warrant of Mourton - SC*

Please serve the attached ~~Preliminary Order~~ of Forfeiture upon the above-named Individual by certified mail, return receipt requested.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of *Shelbey D. Wright* [X] Plaintiff [ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Oct 8, 2004 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>Please see Remarks below | Time of Service | [ ] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs & Border Protection | | 12/17/2004 |

**REMARKS:**

Notice was served as directed above. Copy of Postal receipt # 7001 2510 0003 4300 2857 is attached. Receipt indicates delivery date of 11/17/04. Note- receipt indicates delivery to P.O. Box

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FIL...

**GOVERNMENT EXHIBIT**
C

