

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 04-12024-RGS |
|---|---|
| DEFENDANT<br>2001 Toyota Sequoia, et al., | TYPE OF PROCESS<br>**Complaint and Warrant & Monition** |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>Toyota Motor Credit Corporation, Lexus Financial Services |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>500 Red Brook Boulevard, Owings Mills, MD 21117 |

| Send NOTICE OF SERVICE copy to Requester:<br>SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

*Complaint and Warrant + Hampton, SC*

Please serve the attached ~~Preliminary Order of Forfeiture~~ upon the above-named company by certified mail, return receipt requested.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of<br>*Shelbey D. Wright*  [X] Plaintiff  [ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Oct 8, 2004 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service  [ ] AM  [ ] PM | |
| | Please see Remarks below. | | |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs & Border Protection | | 12/17/2004 |

**REMARKS:**

Notice was served as directed above. Copy of Postal receipt # 7001 2510 003 4300 3090 is attached. Receipt indicates delivery date of 11-12-04.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY

