

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CA No. 04-12024-RGS |
|---|---|
| DEFENDANT<br>**2001 Toyota Sequoia, et al.,** | TYPE OF PROCESS<br>**Complaint and Warrant & Monition** |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>Gerry D'Ambrosio, Esquire |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>D'Ambrosio Law Offices, 14 Proctor Avenue, Revere, MA 02151 |

| Send NOTICE OF SERVICE copy to Requester:<br>SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Complaint and Warrant + Monition - PL

Please serve the attached ~~Preliminary Order~~ of Forfeiture upon the above-named Individual by certified mail, return receipt requested.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of<br>*Shelbey D. Wright* | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Oct 8, 2004 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service [ ] AM [ ] PM | |
| | Please see Remarks below | | |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs & Border Protection | | 12/17/2004 |

REMARKS:
Notice was served as directed above. Copy of Postal receipt #7001 2510 0003 4300 2871, showing delivery on Nov. 10, 2004, is attached.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]*   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

1. Article Addressed to:

   CA peroits 12024-RGS

   Gerry D'Ambrosio, Esq.
   D'Ambrosio Law Offices
   14 Proctor Avenue
   Revere, MA 02151

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer): 7001 2510 0003 4300 2871

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-0381

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 2510 0003 4300 2871

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Postmark Here — NOV 08 2004 — JOHN F. KENNEDY STA. BOSTON 02114 USPS

Sent To: Gerry D'Ambrosio, Esquire
Street, Apt. No.; or PO Box No.: D'Ambrosio Law Offices
City, State, ZIP+4: 14 Proctor Avenue
Revere, MA 02151

PS Form 3800, January 2001   See Reverse for Instructions