UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>     v.<br><br>ONE 2001 TOYOTA SEQUOIA, BEARING<br>VEHICLE IDENTIFICATION NUMBER<br>5TDBT48A31S055061, and<br>MASSACHUSETTS REGISTRATION NUMBER<br>7655YI, and ONE 2003 LEXUS SC430,<br>VEHICLE IDENTIFICATION NUMBER<br>JTHFN48Y130045173, and<br>MASSACHUSETTS REGISTRATION NUMBER<br>42MS06,<br>          Defendants. | )<br>)<br>)<br>)<br>)Civil Action No. 04-12024-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **FINAL JUDGMENT AND ORDER OF FORFEITURE**

This Court having allowed plaintiff's Motion for Entry of Default and having issued a Notice of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1.  That judgment be and hereby is entered in favor of the plaintiff, the United States of America;

2.  That the defendant vehicles, described as one 2001 Toyota Sequoia, Vehicle Identification Number 5TDBT48A31S055061, and Massachusetts Registration Number 7655YI, registered in the name of Erick Donis, and one 2003 Lexus SC430, Vehicle Identification Number JTHFN48Y130045173, and Massachusetts Registration Number 42MS06, registered to Toyota Motor Credit Corporation, and leased to Erick Donis (the "Defendant Vehicles"), are hereby forfeited to the United States of America pursuant to 21 U.S.C. § 881(a)(4);

3. That any claim of interest of Erick J. Donis, Jenny Jazmin Saenz, and any other parties claiming any right, title, or interest in or to the Defendant Vehicles, is hereby held in default and dismissed, having been defaulted on March 2, 2005;

4. That the United States of America, through the United States Bureau of Customs and Border Protection, shall retain the Defendant Vehicles in its secure custody and control, and shall dispose of them in accordance with law;

5. That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

APPROVED AND SO ORDERED:

/s/ Richard G. Stearns
RICHARD G. STEARNS
United States District Judge

Date: 4-5-05.

N:\LTalbot\wright\2001 Toyota Sequioa\Final Judgment & Order of Forfeiture.wpd

2